# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSSETTS

JANE DOE 1, et al.,

                Plaintiffs,

vs.

  MATTHEW WEISS, et al.,

                Defendants

Case No. 1:25-cv-11151

Hon. Julia E. Kobick

*Electronically Filed and Served*

**NOTICE OF FILING PURSUANT TO 28 USC § 1407 (c)(ii)**

Filed on behalf of Defendant:
Keffer Development Services, LLC

Thomas W. King, III
PA ID # 21580
**DILLON, MCCANDLESS, KING, COULTER & GRAHAM L.L.P.**
128 West Cunningham Street
Butler, PA 16001
Telephone: 724-283-2200
Facsimile: 724-283-2298

tking@dmkcg.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSSETTS

JANE DOE 1, et al.,

                Plaintiffs,              Case No. 1:25-cv-11151

   vs.                          Hon. Julia E. Kobick

   MATTHEW WEISS, et al.,

                Defendants.

---

### NOTICE OF FILING PURSUANT TO 28 USC § 1407 (c)(ii)

NOTICE IS HEREBY GIVEN, pursuant to 28 U.S.C. 4 § 1407 that the Defendant Keffer Development Servies, LLC has filed a "Motion to Transfer Related Cases for Consolidated Pretrial Proceedings" with the United States Judicial Panel of Multidistrict Litigation. A copy of the pleading is attached.

                            Respectfully Submitted,

                            **DILLON MCCANDLESS KING**
                            **COULTER & GRAHAM, LLP**

Dated:   June 9, 2025         By: /s/ Thomas W. King, III
                            Thomas W. King, III
                            PA. I.D. No. 21580
                            Jordan P. Shuber
                            PA. I.D. No. 317823
                      128 West Cunningham St.
                      Butler, PA 16001
                      Telephone: 724-283-2200

Fax: 724-283-2298
Email: tking@dmkcg.com
        jshuber@dmkcg.com
*Counsel for Defendant, Keffer*
*Development Services, LLC*

2